IN THE WESTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSA
FILED
OCT 21 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES OF AMERICA,
   Plaintiff,

v.                           Civil No. 11-2087

$33,585.00 in UNITED STATES CURRENCY,
   Defendant.

## CONSENT DECREE OF FORFEITURE

On May 7, 2011, a Verified Complaint of Forfeiture was filed on behalf of the plaintiff, United States of America, against the defendant currency. The complaint alleges that the currency was used or intended to be used in exchange for controlled substances in violation of 21 U.S.C. §§ 801 et seq and is thereby forfeitable pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law:

1. That pursuant to a Warrant of Arrest issued by the Court, the United States Marshal for this district seized said currency on June 7, 2001.

2. On June 14, 2011, attorney Shannon Blatt accepted service for her client, Lamar Roberts. A verified claim of owner and answer were filed on his behalf on June 30, 2011

3. On July 22, 2011, Marcos Mondragon-Barron received service via certified mail. No claim nor answer have been filed on his behalf.

4. On July 25, 2011, Edgar Cruz received service via certified mail. No claim nor answer have been filed on his behalf.

5. Notice of said forfeiture action was published on the United States' official website (www.forfeiture.gov) for 30 consecutive days beginning May 18, 2011, through June 16, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Advertisement Certification Report, marked Exhibit "B."

6. The defendant property is more particularly described as $33,585.00 in United States Currency.

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that:

1. Pursuant to the agreement of the parties, $18,471.75 of the defendant currency is to be returned to the claimant, Lamar Roberts, through his attorney.

2. The remaining $15,113.25 in United States currency is hereby forfeited to the United States of America to be disposed of according to law after deducting its costs of this action.

3. Pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant currency.

IT IS SO ORDERED this 20th day of October, 2011.

_____
HONORABLE P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/David R. Ferguson
David R. Ferguson, Assistant United States
Attorney for Plaintiff, United of America

/s/Shannon Blatt
Shannon Blatt, Attorney for Claimant,
Lamar Roberts